AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Herberth Luis Turcios-Chadra

United States District Court
Southern District of Texas
FILED
NOV 13 2018
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-18-2356-M

IAE   YOB: 1984
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 12, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Herberth Luis Turcios-Chadra was encountered by Border Patrol Agents near Mission, Texas on November 12, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 12, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 31, 2017, through Alexandria, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 2, 2017, the Defendant was convicted of Misdemeanor Sexual Abuse of a Child or Minor and was sentenced to Supervised Probation.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**November 13, 2018**

Claudia Garcia            Senior Patrol Agent

Scott J. Hacker                 , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer